Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

JOSE O. & LILIA TOVAR,

Debtor(s).

Case No. 09-17905-A-7

DC No. JES-2

**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY and PAY REAL ESTATE COMMISSION**

Date: May 25, 2010
Time: 9:00 a.m.
Dept: Dept. A

TO THE HONORABLE WHITNEY RIMEL UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 08/19/09.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is real property located at 207 S. Sun St. in Santa Nella, CA. bearing APN 373-073-009.

5. The trustee has obtained an offer from Arturo and Maria

Chavez, or nominee, to purchase the real property for the total sum of $8,500.00.

6. The trustee has agreed to pay a 10% commission in connection with the proposed sale.

7. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

8. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

9. Trustee has reviewed the tax implications of the sale and determined that there are delinquent taxes owed for about $463.16.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Arturo & Maria Chavez, or nominee, subject to higher and better offer at the hearing on confirmation of said sale.

James E. Salven
Chapter 7 Trustee